Filed:  October 17, 1996

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

————————

No. 96-6228
(CA-94-978-5-BR)

————————

Robert Lee Davis,

                              Petitioner - Appellant,

        versus

Hubert Stone,

                              Respondent - Appellee.


————————

O R D E R

————————


        The Court amends its opinion filed July 31, 1996, as follows:

        On the cover sheet, section 3, line 2 -- "W. Earl Britt"  is corrected to read "<u>Malcolm J. Howard</u>."

                              For the Court - By Direction


                              /s/ Patricia S. Connor
                              ————————————————————
                                      Clerk

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6228**

---

ROBERT LEE DAVIS,

Petitioner - Appellant,

versus

HUBERT STONE,

Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Malcolm J. Howard, District Judge.  (CA-94-978-5-BR)

---

Submitted:  July 23, 1996               Decided:  July 31, 1996

---

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Robert Lee Davis, Appellant Pro Se.  Clarence Joe DelForge, III, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's orders denying relief on his habeas corpus petition, 28 U.S.C. § 2254 (1988), as amended by Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1217, and denying his motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of probable cause to appeal; to the extent that a certificate of appealability is required we deny such a certificate. We dismiss the appeal on the reasoning of the district court. Davis v. Stone, No. CA-94-978-5-BR (E.D.N.C. Jan. 26, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

3